IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY BRADLEY,

        Appellant,

 v.                                                         Case No.  5D22-110
                                           LT Case No. 09-01039-CFAWS

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew J. Metz, Public Defender,
Edward J. Weiss and Andrew Mich,
Assistant Public Defenders, for
Appellant.

Terry Bradley, Bowling Green, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.